RECEIVED
OCT 31 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Attachment 2 - EEOC Complaint Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_Austin_ DIVISION

Raymond C. Young

_____
(Name of plaintiff or plaintiffs)

v.

Ramming Paving Co.
Summit Materials
Austin Materials
_____
(Name of defendant or defendants)

**A12CV1006 SS**

Civil Action Number:

_____
(Case Number to be supplied
by the Intake Clerk)

## COMPLAINT

1. This action is brought by _Raymond Young_ Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

    Ramming Paving Co  16409 Bratton Ln
    Summit Material -  Austin TX 78723

2. Defendant _Austin Material_ (name) lives at, or its business is located at _____ (street address), _2606_ _Austin_ (city), _TX_ (state), _78723_ (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at _Ramming Paving Co_ (street address), _16409 Bratton Ln_ (city), _Austin_ (state), _TX_ (zip). _78728_

Rev. Ed. April 21, 2009

27

3b. At all relevant times of claim of discrimination, Defendant employed _500+_ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had ___ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _04_ (month) _30_ (day) _2012_ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _04_ (month) _30_ (day) _2012_ (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on _08_ (month) _21_ (day) _2012_ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[X] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

(Please select the applicable allegation(s))

[ ] Race (If applicable, state race) _African American_

[ ] Color (If applicable, state color) _Dark Black_

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim) _____

[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[ ] Disability (If applicable, state disability) _____

[X] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) On 4/30/12 I attempted to file a Harassment Complaint and was escorted out of Human Resources. See Attachment (2-A)

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[ ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[X] harassed plaintiff.

[ ] other (specify) _____

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

On 4/30/12 while filing an harassment complaint against a fellow employee, Mr. Rufus Vargas halted my filing a complaint under the threat of violence effectively denying me access to a protected right as an employee. See Attachment (2-A)

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

1) Jessica Clements - Human Resource Director, it was her office I was ran out of.
2) Bob Nichols - He is the Hiring Mgr. who witnessed I gave a statement which has never been found.

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

1) Document (2-A) is the statement I provided for the EEOC
2) Document (2-B) was their first response.

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [ ] still being committed by defendant.
   [X] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[ ] Defendant be directed to _Compensate Plantiff for time Spent trying to get this matter Resolved. The Company has offered to settle this matter for $2000. dollars but the Company want me to resign as per Mr. Jim Kammure @ (512) 251-3713. I Do Not wish to Resign from my job._, and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

10/30/12
Date

Ray C. Young
Signature of Plaintiff

2606 Wheless Ln #9202
Address of Plaintiff

Austin        TX      78723
City          State   Zip Code

(512) 378-0111 or (512) 608-1691
Telephone Number(s)